Michael K. Perkins, SBN 172560
E-Mail: mperkins@employerlawyers.com
FINE, BOGGS & PERKINS LLP
80 Stone Pine Road, Suite 210
Half Moon Bay, California 92614
Telephone (650) 712-8908
Facsimile (650) 712-1712

Attorneys for Defendants
LITHIA MOTORS, INC. AND LITHIA TOYOTA, LITHIA MOTORS SUPPORT SERVICES, LITHIA TOYOTA/SCION OF REDDING, and GARY RUEBER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WAGNER,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>LITHIA MOTORS, INC. AND LITHIA TOYOTA, LITHIA MOTORS SUPPORT SERVICES, LITHIA TOYOTA/SCION OF REDDING, COREY KERSTEN, GARY RUEBER and DOES 1 through 100, Inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:15-cv-01241-MCE-CMK<br><br>**ORDER GRANTING JOINT STIPULATION FOR BINDING ARBITRATION** |

Pursuant to the Parties' Stipulation for Binding Arbitration, and good cause having been shown, it is ordered that:

1. The parties' disputes among each other shall be submitted to and resolved through binding arbitration according to the terms of the parties' written arbitration agreements;

2. The arbitration shall comply with the requirements of <u>Armendariz v. Foundation Health Psychcare Servs., Inc.</u> 24 Cal. 4th (2000), including the payment by the employer of arbitration fees and costs that are unique to the arbitration forum; and,

3. The case in Federal Court shall be STAYED pending the completion of all arbitration proceedings.

4. The parties file a Joint Status Report with the Court six (6) months after the electronic filing of this order and every six (6) months thereafter until the arbitration proceedings are complete.

IT IS SO ORDERED.

Dated: July 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT